```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA

                     AT CHARLESTON
```

**LAUREDA JO MUNCY,**

      **Plaintiff,**

v.                             Civil Action No. 2:13-cv-12434

**CAROLYN W. COLVIN,**
Commissioner of Social Security,

      **Defendant.**

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on August 26, 2014; and the magistrate judge having recommended that the court affirm the final decision of the commissioner and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

1. The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and hereby are, adopted by the court and incorporated herein;

2. The decision of the Commissioner be, and hereby is, affirmed.

**The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.**

DATED: September 17, 2014

John T. Copenhaver, Jr.
United States District Judge